United States District Court

**FILED**
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fred Plummer #224-403

1901 D St SE

Washington D.C 20003

V

The Mayor Office of the Secretary

Tabatha Braxton

John A. Wilson Building. Suite 419

1350 Pennsylvania AVE. N.W

Washington D.C 20004

Case: 1:08-cv-00021
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/4/2008
Description: Pro Se General Civil

JURY ACTION

Department of Correction's

Office of the General Counsel

Maria Amato, Esquire

1923 Vermont AVE. N.W Suite N,102

Washington D.C 20001

RECEIVED
NOV 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Complaint

ON October 22, 2007 Around 1130 am my Cell mate threaten to kill me he then Spit in my Face Spit went in to my mouth, in an attempt to get help I was refuse assistance by Officer Logan I also was refuse medical attention and to obtain an incident report it taken two days before I received medical attention, I'm housed in a Protective Custody unit and

1

the inmate D.O.C Placed in my Cell was mentally unstable and Should not have been Placed in my Cell with me this was Negligence on the D.O.C Part I'm now Suffering From Psyhologicl injury I'm now receiveing treatment For this injury, I also Fear this inmate may be inFected with a harmful or deadly tranmitted disease or Virus I'm Seeking monetary Relief Sum $ 900,000 Nine hundred thousand dollar, I also requesting a jury trial

Fred Plummer

11-29-07

Fred Plummer

1901 D st SE

Washington D.C 20003



MEMORANDUM

TO      :   Plummer, Frederick
            DCDC #224-403
            North-2/C50

FROM    :   Leona Bennett
            A/Deputy Warden f/Support Services

DATE    :   November 14, 2007

SUBJECT :   Inmate Grievance

RE      :   2885-07

I have received your IGP date October 23, 2007, where you alleged that your cell mate spit in your face and you did not receive medical attention in a timely fashion.

All parties involved were interviewed and it was discovered that you cell mate Inmate Marc Proctor did act out because he was disgruntled and was moved to south three. You did not receive immediate medical attention but received it the next day. You were also given a prosecution form to press charges if you decided to do so.

Based on the above information this matter ██ ██████
██████.

cc: Chron

08 0021

**FILED**

JAN - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I Received this responses 11-23-07

Central Detention Facility 1901 D Street, S.E. Washington, DC 20003 (202) 673-8136

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**
FRED PLUMMER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PL

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 224 403

**DEFENDANTS**
MAYOR OF D.C. ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00021
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/4/2008
Description: Pro Se General Civil

*JURY ACTION*

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
- ☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ■ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ■ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIV. ACT* <br> ☐ 895 Freedom of Inform… <br> ☐ 890 Other Statutory Ac… (if Privacy Act) <br><br> *(If pro se, select this deck…* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrum… <br> ☐ 150 Recovery of Overp… Enforcement of Jud… <br> ☐ 153 Recovery of Overp… Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product L… <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND [WRIT]E A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____    [Ch]eck YES only if demanded in complaint    [JU]RY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY    (See instruction)    ☒ YES    ☐ NO    If yes, please complet[e] [relate]d case form.

DATE 1-4-07    SIGNATURE OF ATTORNEY OF RECORD    WCD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings [and ser]vice of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in S[eptem]ber 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of C[ourt for] each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of resid[ence:] Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., [and 9]999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizensh[ip was] selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will de[pend on] the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must al[so selec]t one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief stater[ment of] the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a rela[ted cas]e form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the informatio[n provi]ded prior to signing the form.