FILED
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USDC For DC

~~Superior Court of the District of Columbia~~

CIVIL DIVISION

Fred Plummer
_____,
*Plaintiff*

vs.

Civil Action No. 08 0021

The Mayor Adrian M. Fenty
_____,
*Defendant*

**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed?   Yes_____ No __✓__
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes_____ No __✓__
   b. Rent payments, interest or dividends?   Yes_____ No_____
   c. Pensions, annuities or life insurance payments?   Yes_____ No __✓__
   d. Gifts or inheritance?   Yes_____ No __✓__
   e. Any other sources?   Yes_____ No __✓__

   If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

   _____

   _____

**RECEIVED**
NOV 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form CV(6)-694/Nov. 88

9-1473 wd-314

3

3. Do you own any cash, or do you have money in checking or savings account? Yes ✓ No____ (Include any funds in prision accounts). If the answer is yes, state the total value of the items owned.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes____ No ✓ If the answer is yes describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

_____*Fred Plummer*_____
(Plaintiff's signature)

_____*Fred Plummer*_____, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information herein is true and correct.

_____*Fred Plummer*_____
(Plaintiff's signature)

SUBSCRIBED AND SWORN TO before me this

_____29_____ day of _____November_____, 20 _2007_.

Notary Public or other person
Authorized   !minister an oath