UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED PLUMMER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00021-RMU |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF APPEARANCE

TO:    Clerk of Court.

TO:    All parties.

PLEASE TAKE NOTICE that, on this 5th day of February, 2008, Richard A. Latterell is entering his appearance as counsel for Defendant the District of Columbia. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

//

//

Dated this 5th day of February, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email: richard.latterell@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of foregoing Notice of Appearance was sent, on this 5th day of February, 2008, by first class United States Parcel Service, postage prepaid, to the following:

Fred Plummer, *pro se*
No.224403
D.C. JAIL
1901 D Street, SE
Washington, DC 20003

                                     */s/ Richard A. Latterell*
                                     RICHARD A. LATTERELL
                                     Assistant Attorney General