United States District Court

Fred Plummer                               Civil Action No. 08-0021

   vs                                      Judge Ricardo M. Urbina

The Mayor Adrian M. Fenty

Appointment of Counsel

**RECEIVED**
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Honora Ricardo M. Urdina
Judge of the Superior Court of the District of Columbia

Dear Urbina

My Name is Fred Plummer DCDC 224403 I'm a inmate at D.C Jail I'm Serving misdemean time I have eight months befour my release date your Honor I Filed a Law Suit against the Department of Correction's your Honor I Try with no success to obtaining an attorney I have on Legal exprience and the Law Library here at D.C Jail only have Criminal Informtion, I ask you Honor to Please appoint me an attorney to represent me.

Civil Action No 08-0021

Fred Plummer DCDC 224403

1903 D st SE
Washington DC 20003