**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

FRED PLUMMER,

                    **Plaintiff,**

   v.

DISTRICT OF COLUMBIA, et al.

                  **Defendant.**

**Case No. 1:08-CV-00021-RMU
Judge Ricardo M. Urbina**

**NOTICE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Richard A. Latterell as attorney for District of Columbia Department of Corrections and Mayor Adrian M. Fenty, and enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as attorney for District of Columbia Department of Corrections and Mayor Adrian M. Fenty. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated:  July 9, 2008.               Respectfully submitted,

                                 PETER J. NICKLES
                                 Interim Attorney General for the District of Columbia

                                 GEORGE C. VALENTINE
                                 Deputy Attorney General, Civil Litigation Division

                                 */s/ Toni Michelle Jackson*
                                 TONI MICHELLE JACKSON [453765]
                                 Chief, General Litigation Section III

                                 */s/ Vanessa E. Atterbeary*
                                 VANESSA E. ATTERBEARY [478070]
                                 Assistant Attorney General
                                 441 Fourth Street, N.W., Suite 6S-070

Washington, D.C. 20001
(202) 727-9624
(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2008, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was mailed first class, postage pre-paid to:

Fred Plummer, *pro se*
No. 224403
D.C. JAIL
1901 D. Street, SE
Washington, D.C. 20003

*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY
Assistant Attorney General