UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-21 (RMU) |
| | ) |
| MAYOR, DISTRICT OF COLUMBIA *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of August, 2008, hereby

ORDERED that the complaint be, and hereby is, DISMISSED without prejudice for want of federal jurisdiction.

This is a final, appealable Order. *See* Fed. R. App. P. 4.

RICARDO M. URBINA
United States District Judge